Former decision, 562 U.S. 860, 131 S. Ct. 133, 178 L. Ed. 2d 81, 2010 U.S. LEXIS 6342.

**No. 09-11044. Xiao Qing Liu, Petitioner v. Richline Group, et al.**

562 U.S. 1171, 131 S. Ct. 981, 178 L. Ed. 2d 810, 2011 U.S. LEXIS 45.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 860, 131 S. Ct. 134, 178 L. Ed. 2d 81, 2010 U.S. LEXIS 5957.

**No. 09-11070. Lisa J. Gillard, Petitioner v. Alexander S. Michalakos, et al.**

562 U.S. 1171, 131 S. Ct. 981, 178 L. Ed. 2d 810, 2011 U.S. LEXIS 37.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 861, 131 S. Ct. 139, 178 L. Ed. 2d 83, 2010 U.S. LEXIS 6424.

**No. 09-11081. John Christopher Blakeney, Petitioner v. Mississippi.**

562 U.S. 1171, 131 S. Ct. 981, 178 L. Ed. 2d 810, 2011 U.S. LEXIS 479.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 861, 131 S. Ct. 137, 178 L. Ed. 2d 84, 2010 U.S. LEXIS 6081.

**No. 09-11108. Andre Williams, Petitioner v. Rick Thaler, Director,**

**Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1171, 131 S. Ct. 982, 178 L. Ed. 2d 810, 2011 U.S. LEXIS 436.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 862, 131 S. Ct. 143, 178 L. Ed. 2d 85, 2010 U.S. LEXIS 6349.

**No. 09-11248. Anthony Benjamin, Petitioner v. Sergeant Shepherd, et al.**

562 U.S. 1171, 131 S. Ct. 982, 178 L. Ed. 2d 810, 2011 U.S. LEXIS 391.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 869, 131 S. Ct. 168, 178 L. Ed. 2d 99, 2010 U.S. LEXIS 6688.

**No. 09-11545. Crandall Postell, Petitioner v. Bank of Central Florida, et al.**

562 U.S. 1171, 131 S. Ct. 982, 178 L. Ed. 2d 810, 2011 U.S. LEXIS 120.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 887, 131 S. Ct. 218, 178 L. Ed. 2d 131, 2010 U.S. LEXIS 6796.

**No. 09-11559. Crandall Postell, Petitioner v. Bank of Central Florida, et al.**

562 U.S. 1171, 131 S. Ct. 982, 178 L. Ed. 2d 810, 2011 U.S. LEXIS 377.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 888, 131 S. Ct. 221, 178 L. Ed. 2d 133, 2010 U.S. LEXIS 6945.

**No. 10-280. Nikrouz Ghazibayat, Petitioner v. SBC Advanced Solutions, Inc.**

562 U.S. 1172, 131 S. Ct. 982, 178 L. Ed. 2d 811, 2011 U.S. LEXIS 129.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1004, 131 S. Ct. 513, 178 L. Ed. 2d 372, 2010 U.S. LEXIS 8536.

**No. 10-299. Yumin Zhao, Petitioner v. Lone Star Engine Installation Center, Inc.**

562 U.S. 1172, 131 S. Ct. 982, 178 L. Ed. 2d 811, 2011 U.S. LEXIS 563.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1004, 131 S. Ct. 520, 178 L. Ed. 2d 373, 2010 U.S. LEXIS 8593.

**No. 10-338. Domenic Tricome, Petitioner v. eBay, Inc.**

562 U.S. 1172, 131 S. Ct. 982, 178 L. Ed. 2d 811, 2011 U.S. LEXIS 163.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1005, 131 S. Ct. 529, 178 L. Ed. 2d 374, 2010 U.S. LEXIS 8475.

**No. 10-381. Clarence L. Vance, Petitioner v. Illinois.**

562 U.S. 1172, 131 S. Ct. 983, 178 L. Ed. 2d 811, 2011 U.S. LEXIS 137.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1005, 131 S. Ct. 534, 178 L. Ed. 2d 375, 2010 U.S. LEXIS 8552.

**No. 10-393. Daniel R. Baird, Petitioner v. Burlington Northern and Santa Fe Railway Company, et al.**

562 U.S. 1172, 131 S. Ct. 983, 178 L. Ed. 2d 811, 2011 U.S. LEXIS 432.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1030, 131 S. Ct. 576, 178 L. Ed. 2d 415, 2010 U.S. LEXIS 8740.

**No. 10-5028. Catherine Walsh, Petitioner v. John M. Quinn, et al.**

562 U.S. 1172, 131 S. Ct. 983, 178 L. Ed. 2d 811, 2011 U.S. LEXIS 245.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 899, 131 S. Ct. 230, 178 L. Ed. 2d 153, 2010 U.S. LEXIS 6248.

**No. 10-5161. Paul W. Merritt, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 1172, 131 S. Ct. 983, 178 L. Ed. 2d 811, 2011 U.S. LEXIS 510.

January 10, 2011. Petition for rehearing denied.